UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SKYE SISOMBATH,

    Plaintiff,

v.                                                     Case No. 8:20-cv-1042-KKM-SPF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

# ORDER

Plaintiff Skye Sisombath filed this action seeking review of the Commissioner's decision to deny her claim for a period of disability, disability insurance benefits, and Supplemental Security Income benefits. (Doc. 1.) The Magistrate Judge issued a report recommending that the Court reverse and remand the Commissioner's decision. (Doc. 27.) The fourteen-day deadline for the Commissioner to object to the report passed without an objection by the Commissioner. After de novo review, the Court concludes that the Magistrate Judge's Report and Recommendation should be adopted.

The following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 27) is **ADOPTED.**

2. The Commissioner's decision is **REVERSED** and the matter is **REMANDED** for proceedings consistent with the Magistrate Judge's report.

3. The Clerk is directed to enter judgment in Plaintiff's favor, terminate any pending motions and deadlines, and close this case.

**ENTERED** in Tampa, Florida, on January 31, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge